```
McGREGOR W. SCOTT
United States Attorney
MARK E. CULLERS
LAUREL J. MONTOYA
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4000
```



FILED

JUL 11 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ____C. ESTEVES_____
           DEPUTY CLERK



SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO. 1:08CR 00222 LJO |
| Plaintiff, ) | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT |
| v. ) | TO RULE 6(e), FEDERAL FEDERAL RULES OF |
| STEVEN J. JOHNSON, ) | CRIMINAL PROCEDURE |
| Defendant. ) | |

    The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on July 10, 2008 charging the above defendant with a violation of Title 18, United States Code, Section 1001-Making a False, Fictitious or Fraudulent Statement and 18 U.S.C. § 1623-Perjury Before a Grand Jury, be kept secret until the defendant named in the Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the

1 | Indictment or any warrants issued pursuant thereto, except when
2 | necessary for the issuance and execution of the warrants.

3 | DATED: July 10, 2008                      Respectfully submitted,

   McGREGOR W. SCOTT
   United States Attorney

   By *[signature]*
   MARK E. CULLERS
   Assistant U.S. Attorney

8 | ORDERED as prayed this 10th day of July, 2008.

   *[signature]*
   U.S. Magistrate Judge

2