1  McGREGOR W. SCOTT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

FILED
JUL 15 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

6           IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,       ) CASE NO. 1:08-CR-0222 LJO
9                                  )
                                   )
10                    Plaintiff,   ) MOTION TO UNSEAL INDICTMENT;
                                   ) [PROPOSED] ORDER
11         v.                      )
                                   )
12 STEVEN J. JOHNSON,              )
                                   )
13                    Defendant.   )
   _____ )
14
        This Indictment was sealed by Order of this Court pursuant to
15
   Rule 6(e) of the Federal Rules of Criminal Procedure.
16
        The United States of America, by and through McGregor W.
17
   Scott, United States Attorney, and Laurel J. Montoya, Assistant
18
   United States Attorney, hereby moves that the Indictment in this
19
   case be unsealed and made public record.
20
   Dated: July 15, 2008              _____
21                                   LAUREL J. MONTOYA
                                     Assistant U. S. Attorney
22
        IT IS SO ORDERED.
23
   DATED: July 15, 2008              _____
24
                                     DENNIS L. BECK
25                                   United States Magistrate Judge

1