```
McGREGOR W. SCOTT
United States Attorney
MARK E. CULLERS
LAUREL J. MONTOYA
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, CA 93721
Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:08-cr-0222 OWW |
| Plaintiff, | MOTION AND ORDER TO DISMISS INDICTMENT |
| v. | |
| STEPHEN J. JOHNSON, | |
| Defendant. | |

The United States hereby moves to dismiss, with prejudice, the Indictment in the above-entitled case only as against this defendant, in the interests of justice.

```
Dated: December 15, 2008     McGREGOR W. SCOTT
                             United States Attorney


                                    /s/
                             By: MARK E. CULLERS
                             Assistant United States Attorney
```

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:08-cr-0222 OWW |
| Plaintiff, ) | ORDER TO DISMISS INDICTMENT |
| v. ) | |
| STEPHEN J. JOHNSON, ) | |
| Defendant. ) | |

Upon motion of the United States, and for good cause showing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case against the above-named defendant be DISMISSED, with prejudice, in the interests of justice.

IT IS SO ORDERED.

**Dated:   December 16, 2008**          /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE